Lonnie OGLESBEE, Plaintiff—Appellant,

v.

Warden Terry O'BRIEN; Captain Wilson; Captains Johnson; S.I.A. Pitt; A.M. Shift Prison Guards; Webb, Special Housing Unit Guard; Kegley, Special Housing Unit Guard; c/o Hamilton, Special Housing Unit Guard; Anders, Special Housing Unit Guard; Moore, Special Housing Unit Guard; Mr. Fortner, Special Housing Unit Guard; Stanley, Special Housing Unit Guard; Jarrell, Special Housing Unit Guard; Other Unnamed Guards, Special Housing Unit; Shreiber, Special Housing Lieutenant, Defendants—Appellees.

No. 11–7684.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 16, 2012.
Decided: Aug. 20, 2012.

Lonnie Mack Oglesbee, Appellant Pro Se.

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lonnie Mack Oglesbee appeals the district court's order denying his motion for free copies and indigent stamps. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Oglesbee v. O'Brien*, No. 7:10–cv–00322–JLK (W.D.Va. Oct. 24, 2011). We deny Oglesbee's motions submitting evidence and petitioning for help. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*